UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| WENDY M. WEDDLE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 16-CV-2355 |
| ) | |
| NANCY A. BERRY HILL, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# ORDER

A Report and Recommendations (#19) was filed by Magistrate Judge Eric I. Long in the above cause on February 23, 2018. Objections to the Report and Recommendation were due by March 9, 2018. No objections were filed. Following this court's careful de novo review of the Magistrate Judge's reasoning, this court agrees with and accepts the Magistrate Judge's Report and Recommendations (#19). This court agrees that Plaintiff's Motion for Summary Judgment (#15) should be DENIED, Defendant's Motion for Summary Judgment (#18) should be GRANTED, and that the decision to deny benefits be affirmed.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendations (#19) is accepted by this court.

(2) Plaintiff's Motion for Summary Judgment (#15) is DENIED and Defendant's Motion for Summary Judgment (#18) is GRANTED.

(3) This case is terminated.

ENTERED this 13th day of March, 2018.

s/COLIN S. BRUCE
U.S. DISTRICT JUDGE